**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| BRANDON WADE | ) | |
| | ) | |
|      Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 1:13-CV-02381-MJG |
| | ) | |
| GC SERVICES, L.P. | ) | |
| AND DOES 1-10, inclusive | ) | |
| | ) | |
| | ) | |
|      Defendants | ) | |

<u>**NOTICE OF SETTLEMENT**</u>

PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled this civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement is completed, which they anticipate will take approximately thirty (30) days. In the interim, Defendant with Plaintiff's consent, hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

Respectfully submitted this 25th day of September, 2013.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Bar No. 17420
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  bstuart@roncanterllc.com
*Attorney for Defendant GC Services, L.P.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 25th day of September, 2013 to:

> L. Jeanette Rice, Esquire
> WALSH, BECKER, MOODY & RICE
> 14300 Gallant Fox Lane, Suite 218
> Bowie, MD 20715
> E-Mail:  riceesq@walshbecker.com
> *Attorney for Plaintiff*

> /s/ Birgit Dachtera Stuart
> _____
> Birgit Dachtera Stuart, Esquire
> *Attorney for Defendant GC Services, LP.*